# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| **Terrance L. James,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 3:22-cv-00038-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| **Todd Ishee, et al** | ) | |
| | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 28, 2023 Order.

February 28, 2023

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court